2:22-mj-00107

# AFFIDAVIT

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, to-wit:

I, Brandon S. Holestine, being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector employed with the United States Postal Inspection Service (USPIS) since April 2017. I am presently assigned to the USPIS Charleston, WV domicile where my responsibilities include the investigation of crimes involving the United States Postal Service (USPS) and crimes furthered through the use of the United States Mail. This includes the investigation of controlled substances and narcotics proceeds sent through the U.S. Mail. Prior to my assignment in the Charleston, WV domicile, I was assigned to the USPIS Cleveland, OH field office where I also conducted investigations involving controlled substances and narcotics proceeds sent through the U.S. Mail and was assigned as a task force agent with U.S. Drug Enforcement Administration.

2. This affidavit is made in support of an application for a search warrant to search the contents of USPS Priority Mail Package bearing tracking number "9505 5119 9247 2208 5688 53" with a return address of "PO Box 81, Institute, WV 25112" and a delivery address of "MCOM, LLC, PO Box 11821, Chandler, AZ 85248" (hereinafter referred to as "SUBJECT PARCEL"). The SUBJECT PARCEL

1

2:22-mj-00107

is a medium flat rate shipping box with approximate dimensions of 12.55"x14.25"x3.5". The SUBJECT PARCEL was mailed on July 27, 2022, from Saint Albans, WV 25177 with $16.10 postage affixed. The SUBJECT PARCEL is currently located at 1000 Centre Way, Charleston, WV 25350.

3. The information contained in this affidavit is based on information I have gained from my investigation, my personal observations, my training and experience, and information related to me by other law enforcement agents and witnesses.

4. Drug trafficking background gained over the years has shown that drug dealers and drug traffickers utilize the USPS for shipping narcotics proceeds and controlled substances, including but not limited to cocaine, heroin, methamphetamine, marijuana, and pharmaceuticals. The use of Express Mail, Priority Mail and First Class Mail are favored because of the reliability, anonymity, speed (overnight service), minimal cost, and ability to track the mail piece.

5. Through experience gained in drug investigations by Postal Inspectors and other law enforcement agents, and through information provided by individuals who have been involved in buying, selling, and shipping drugs by Express Mail, Priority Mail and other types of shipments, the Postal Inspection Service has established a drug profile policy to screen mail packages for narcotics and/or controlled substances. The profile

2

characteristics include peculiarities in labeling and unusual packaging techniques as well as other considerations. The reason that handwritten labels are of interest is that the vast majority of premium mail services such as Express and Priority Mail involves business-to-business or business-to-person correspondence and features typewritten or computer-generated labels. Person-to-person correspondence (and the handwritten labels attendant thereto) accounts for a very small minority of total Express and Priority Mail traffic.

6. Postal Inspectors, Special Agents of the Drug Enforcement Administration (DEA) and other intelligence sources have identified Arizona, Texas, California, Florida, Georgia, Michigan, New Jersey and New York as major source states for illegal drugs flowing into areas within the Southern District of West Virginia.

7. From my experience, training, and knowledge of drug shipments through the United States Mail I am aware that drug traffickers frequently use fictitious names and addresses on the return address portion of the mailing label both to remain anonymous and avoid detection. Some return addresses have been found to be legitimate addresses, but the actual resident at those locations is either fictitious or non-existent. I am also aware that the address of the person that the mail piece is addressed to is generally not fictitious because a valid address is necessary

3

2:22-mj-00107

for the package to be delivered. However, at times the true name of the addressee may be altered or ignored in favor of an alias or code name to better disguise their identity from law enforcement.

8. Based upon my knowledge, training, and experience I know that drug traffickers using the USPS often use unusual packaging techniques. These may include excessive taping or wrapping or by including within the package items having strong odors in an effort to contain or mask the odor of controlled substances in order to avoid detection by trained narcotics dogs.

9. Your affiant knows based on training and experience as well as consultation with other agents, that U.S. Mail is often used by narcotic traffickers to transport controlled substances, as well as U.S. currency derived from the distribution of controlled substances, either as payment or proceeds. Your affiant knows based on training and experience that U.S. Postal Service Express Mail is commonly used to transport controlled substances because narcotic traffickers can track the parcels, and control dispatch times and locations.

### BACKGROUND OF INVESTIGATION

10. On July 28, 2022, while reviewing USPS electronic records relating to shipments of parcels mailed from the Southern District of West Virginia to known sources states such as Arizona, your affiant identified USPS Priority Mail Package bearing tracking number "9505 5119 9247 2208 5688 53" with a return address

4

of "PO Box 81, Institute, WV 25112" and a delivery address of "MCOM, LLC, PO Box 11821, Chandler, AZ 85248" (SUBJECT PARCEL). Based on my training and experience, your affiant believed the package to be consistent with the size, weight and mailing characteristics of packages containing narcotics proceeds and/or controlled substances.

11. On July 29, 2022, Postal Inspectors identified the SUBJECT PARCEL had arrived at the Phoenix, AZ Processing and Distribution Center (PDC). On July 29, 2022, Postal Inspectors recalled the SUBJECT PARCEL to the Southern District of West Virginia after Postal Inspectors in Arizona noted, among other characteristics that the SUBJECT PARCEL bore incomplete/partial name and address information, postage purchased with cash, hand written address information, and was mailed to Arizona, a source state for illicit drugs coming into the Southern District of West Virginia.

On August 2, 2022 the SUBJECT PARCEL arrived in Charleston, WV and was detained by Postal Inspectors for further review.

12. Your affiant made inquiries with CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information, regarding the return address of "PO Box 81, Institute, WV 25112".

5

2:22-mj-00107

CLEAR showed several names associated with the PO Box to include Anthony Jackson of 911 Overlook Way, Charleston, WV associated with that address as of August 2022. Your affiant also conducted a search regarding the destination address of " MCOM, LLC, PO Box 11821, Chandler, AZ 85248". CLEAR showed no such name associated with that address.

14. On August 3, 2022, Det. Seth Johnson, Charleston Police Department, provided his trained narcotic detection dog, "Rex". Rex has experience with narcotics investigations including drug parcels and was last certified in April 2022. The SUBJECT PARCEL was placed in a line-up with four (4) additional boxes of various shapes and sizes. Rex conducted an exterior examination of all the parcels. Det. Johnson informed me that Rex positively alerted on the SUBJECT PARCEL indicating the presence of the odor of a controlled substances.

This space is intentionally left blank.

2:22-mj-00107

15. Based on the information contained herein, your affiant maintains there is probable cause to believe that the SUBJECT PARCEL - USPS Priority Mail Package bearing tracking number "9505 5119 9247 2208 5688 53" - contains controlled substances, and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846.

Further your affiant sayeth naught.

_____
BRANDON S. HOLESTINE
POSTAL INSPECTOR

On the 5th Day of August 2022, This affidavit was sworn to by the affiant, who did no more than attest to its contents pursuant to Crim. R. 4.1(b)(2)(A), by telephone after a document was transmitted by email, per Crim. R. 4.1.

_____
DWANE L. TINSLEY
UNITED STATES MAGISTRATE JUDGE

7